## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **JOHN RANDALL FOLKES**                                   **CHAPTER 12**
          **Debtor**                                       **CASE NO. 20-50172-KMS**

### FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF NECESSARY EXPENSES
### FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

COMES NOW the Law Offices of Craig M. Geno, PLLC (the "Applicant"), and files this

its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for*

*the Law Offices of Craig M. Geno, PLLC* (the "Application"), and in support thereof would show

unto the Court the following, to-wit:

    1.    On January 30, 2020, the Debtor herein filed with this Court his Voluntary Petition

for bankruptcy under Chapter 12 of the Bankruptcy Code.

    2.    On March 2, 2020, an Order **[DK #20]** approving the employment of the Applicant,

as attorneys for the Debtor was entered by the Court.

    3.    The substantial services rendered to the Debtor and the expenses incurred by

Applicant benefitted the estate.  An Affidavit reflecting said legal services rendered and expenses

incurred is attached hereto as **Exhibit "A"**.  The Affidavit also certifies and represents to the Court

that the services rendered to the Debtor were reasonable and necessary and that said services have

actually been rendered.  A detailed itemization of such services and expenses is attached as

**Exhibit "B"** and incorporated by reference.

    4.    The fees and expenses charged and incurred represent reasonable and necessary fees

and expenses that were required to be extended by Applicant to the Debtor in all matters which are

anticipated to arise in the functioning of litigation matters, case administration and to protect and

preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases.  The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5.    This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from October 27, 2019, to and including August 9, 2021, and is for the sum of $36,587.93 ($35,229.50 in fees and $1,358.43 in expenses), less any retainer balance remaining.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing the Debtor to pay said attorneys' fees and expenses.  Applicant prays for general relief.

THIS, the _____ day of August, 2021.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt Folders, John Randall Fee Apps\CMG 1st Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Harold J. Barkley, Jr., Esq.
hjb@hbarkley13.com

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

THIS the _____ day of August, 2021.

_____
Craig M. Geno

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   JOHN RANDALL FOLKES                          CHAPTER 12
           Debtor                          CASE NO. 20-50172-KMS

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   JOHN RANDALL FOLKES                        **CHAPTER 12**
        Debtor                                **CASE NO. 20-50172-KMS**

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF Madison

SWORN TO AND SUBSCRIBED BEFORE ME, this the 9th day of August, 2021.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   JOHN RANDALL FOLKES                                      CHAPTER 12
         Debtor                                      CASE NO. 20-50172-KMS

# EXHIBIT "B"

### *Law Offices of Craig M. Geno, PLLC*
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048          Fax:601-427-0050

John Folkes                                                                      August 9, 2021
144 Homer Rolks Rd.
Seminary, MS-Mississippi
39479 USA

File #:        320005
**Attention:**                                                                   Inv  #:       347584

**RE:**       Chapter 12

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-27-19 | Conference with Mr. Folkes re Chapter 12 filing | 1.10 | 412.50 | CMG |
| Jan-30-20 | Conference with client regarding Chapter 12; review and revision of Chapter 12 initial papers | 0.35 | 131.25 | CMG |
| | Meeting with John Folkes re filing; Assist CMG drafting Petition, New Client Data Sheet, Statement of SSN, Matrix, Schedules D, E/F, and setting up file | 1.50 | 277.50 | KLC |
| Jan-31-20 | Receipt and review of Deficiency Notice; calendar deadline to file Schedules, Attorney Disclosure Statement, SOFA | 0.10 | 18.50 | KLC |
| | Receipt and review of Deficiency Notice; calendar deadline to file Plan and reminders | 0.10 | 18.50 | KLC |
| | Assist CMG drafting Attorney Disclosure Statement, Application to Employ, Notice, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
| Feb-01-20 | Review deficiency notice regarding Plan | 0.10 | 37.50 | CMG |
| | Review Notice regarding schedules | 0.10 | 37.50 | CMG |
| Feb-03-20 | Dictation of 2016(b) Statement | 0.10 | 37.50 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Dictation of Application to Employ, Notice and Certificate of Service; review and revision of same | 0.55 | 206.25 | CMG |
|  | Organize and supervise mailout of Application to Employ CMG | 0.40 | 74.00 | KLC |
| Feb-04-20 | Review supplier notice | 0.20 | 75.00 | CMG |
| Feb-13-20 | Dictation of Motion/Order regarding schedules; review and revision of same | 0.45 | 168.75 | CMG |
|  | Assist CMG in drafting and revising Motion for Extension of Time Within Which to File Required Documents; assist CMG in drafting Order re same; ECF filing re Motion and Order | 0.40 | 74.00 | SLP |
| Feb-18-20 | Receipt and review of Order re Motion to Extend Time to File Required Documents; calendar deadline to file SOFA, Schedules | 0.10 | 18.50 | KLC |
| Feb-21-20 | Review Proof of Claim from Citizens Bank | 0.25 | 93.75 | CMG |
|  | Review Peoples Bank Notice | 0.20 | 75.00 | CMG |
| Feb-28-20 | Review AMEX Proof of Claim | 0.30 | 112.50 | CMG |
| Mar-02-20 | Review memos to/from client regarding schedules | 0.15 | 56.25 | CMG |
|  | Review and revision of schedules and SOFA | 1.15 | 431.25 | CMG |
|  | Meeting with John Folkes re Schedules, SOFA | 1.00 | 185.00 | KLC |
|  | Assist CMG drafting Schedules, SOFA | 0.50 | 92.50 | KLC |
| Mar-03-20 | Conference with Katie Carter regarding salvage entity, survey on claims, final review and revision of Schedules, SOFA | 0.35 | 131.25 | CMG |
| Mar-04-20 | Review Notice of Deficiency | 0.10 | 37.50 | CMG |
|  | Receipt and review of Notice of Deficiency; calendar deadline to file Amended Matrix | 0.10 | 18.50 | KLC |
| Mar-05-20 | Assist CMG drafting Amended Matrix | 0.20 | 37.00 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-07-20 | Review Ford Notice | 0.10 | 37.50 | CMG |
| Mar-20-20 | Update/preparation of document management control (subfiles and pleadings) | 0.80 | 148.00 | SLP |
| Mar-26-20 | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines | 0.15 | 27.75 | KLC |
| Apr-02-20 | Review Chapter 12 Trustee form requests | 0.20 | 75.00 | CMG |
| | Review Notice of 341; deadlines | 0.20 | 75.00 | CMG |
| | Dictation of letter to client regarding 341, deadlines, form info to Chapter 12 Trustee | 0.20 | 75.00 | CMG |
| | Receipt and review of Letter from Ch. 12 Trustee Requesting Documents; calendar deadline to submit documents | 0.10 | 18.50 | KLC |
| | Assist CMG drafting letter to John Folkes re MOC and letter from Trustee requesting documents | 0.10 | 18.50 | KLC |
| Apr-04-20 | Review Ashley Funding Proofs of Claim (2) | 0.35 | 131.25 | CMG |
| Apr-10-20 | Review Peoples Bank Proofs of Claim | 0.65 | 243.75 | CMG |
| Apr-11-20 | Review memo from Mr. Folkes regarding documents to produce | 0.20 | 75.00 | CMG |
| Apr-19-20 | Update/preparation of document management control (subfiles and pleadings) | 0.10 | 18.50 | SLP |
| Apr-21-20 | Review memos to/from CPA and Katie Carter regarding tax returns | 0.20 | 75.00 | CMG |
| Apr-24-20 | Receipt and review of Agreed Order Resetting Meeting of Creditors; calendar meeting of creditors date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Apr-27-20 | Review Order on 341 | 0.20 | 75.00 | CMG |
| | Dictation of letter to client regarding Order on 341 | 0.20 | 75.00 | CMG |
| | Assist CMG drafting letter to John Folkes re Rescheduled MOC | 0.10 | 18.50 | KLC |

Invoice #:     347584                          Page   4                                    August 9, 2021

| | | | | |
|---|---|---|---|---|
| May-05-20 | Telephone conferences (2)  with Mr. Folkes regarding 341 | 0.10 | 37.50 | CMG |
| | Attended 341 | 0.55 | 206.25 | CMG |
| May-07-20 | Review 341 minutes | 0.10 | 37.50 | CMG |
| | Assist CMG drafting Application to Employ Accountant Crosby, Notice, Certificate of Service and Order re same | 0.30 | 55.50 | KLC |
| May-24-20 | Dictation of Application to Employ Accountant | 0.35 | 131.25 | CMG |
| | Dictation of Notice regarding Application to Employ Accountant | 0.20 | 75.00 | CMG |
| | Dictation of Certificate of Service regarding Application to Employ Accountant | 0.15 | 56.25 | CMG |
| | Review and revision of  Application to Employ Accountant papers | 0.20 | 75.00 | CMG |
| | Dictation of motion for additional time to file Plan | 0.40 | 150.00 | CMG |
| | Dictation of Notice regarding Plan Motion | 0.20 | 75.00 | CMG |
| | Dictation of Certificate of Service regarding Notice regarding Plan Motion | 0.15 | 56.25 | CMG |
| May-26-20 | Assist CMG drafting Motion for Additional Time to File Plan, Notice, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
| May-27-20 | Dictation of letter to client regarding Monthly Operating Reports | 0.20 | 75.00 | CMG |
| | Assist CMG drafting letter to John Folkes re MORs | 0.10 | 18.50 | KLC |
| May-29-20 | Review and revision of  Plan filing papers | 0.10 | 37.50 | CMG |
| | Review and revision of  Accountant Application papers | 0.15 | 56.25 | CMG |
| | Organize and supervise mailout of Motion for Additional Time to File Plan and Application to Employ Accountant Crosby | 0.50 | 92.50 | KLC |

Invoice #:    347584                    Page   5                              August 9, 2021

| Jun-08-20 | Conference with W. Newman regarding appraisal | 0.20 | 75.00 | CMG |
|---|---|---|---|---|
| Jun-17-20 | Review Certificate of Service and order extending A.S. | 0.20 | 75.00 | CMG |
| | Receipt and review of hearing notice re Peoples Bank's Motion to Lift Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Jun-18-20 | Review Order on Stay | 0.10 | 37.50 | CMG |
| Jun-19-20 | Review Peoples MTLS | 0.75 | 281.25 | CMG |
| | Dictation of letter to client regarding Peoples MTLS, Monthly Operating Reports and Plan | 0.20 | 75.00 | CMG |
| | Review Peoples MTLS Hearing Notice | 0.20 | 75.00 | CMG |
| | Review Peoples Bank objection to motion for additional time to file Plan | 0.35 | 131.25 | CMG |
| | Receipt and review of hearing notice re Motion to Extend Time to File Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Assist CMG in drafting letter to John Folkes re Monthly Operating Reports and Peoples Bank Motion to Lift Stay; draft email to John Folkes re same | 0.20 | 37.00 | SLP |
| Jun-23-20 | Dictation of letter to CPA regarding Order of Employment | 0.20 | 75.00 | CMG |
| Jun-24-20 | Assist CMG drafting letter to Freddy Crosby sending Employment Order | 0.10 | 18.50 | KLC |
| Jul-03-20 | Review Trustee response | 0.20 | 75.00 | CMG |
| Jul-13-20 | Review Notice regarding Telephonic Hearing | 0.10 | 37.50 | CMG |
| Jul-16-20 | Review People's Motion to Lift and exhibits | 0.85 | 318.75 | CMG |
| | Dictation of Answer to People's Motion | 0.75 | 281.25 | CMG |

Invoice #:      347584                        Page   6                              August 9, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG drafting Answer, Response to Peoples Bank's Motion to Lift Stay | 0.30 | 55.50 | KLC |
| Jul-21-20 | Review reset order on Bank MTLS | 0.20 | 75.00 | CMG |
|  | Review Order setting hearing on time to file plan | 0.20 | 75.00 | CMG |
|  | Receipt and review of Order Resetting Hearing re Peoples Bank's Motion for Relief; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
|  | Receipt and review of Order Resetting Hearing re Motion to Extend Time to File Plan; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Jul-22-20 | Review memos to/from Katie Carter, Rebecca Dossett, review evidence of insurance, dictation of memo to Walter Newman regarding evidence of insurance | 0.25 | 93.75 | CMG |
| Jul-30-20 | Update/preparation of document management control (subfiles and pleadings) | 0.50 | 92.50 | SLP |
| Aug-10-20 | Review Notice regarding Telephonic Hearing | 0.10 | 37.50 | CMG |
| Aug-17-20 | Review January - July 2020 Monthly Operating Reports | 1.00 | 375.00 | CMG |
|  | Dictation of letter to Harold Barkley regarding Monthly Operating Reports | 0.20 | 75.00 | CMG |
|  | Assist CMG in drafting letter to Harold Barkley re original executed pages of Chapter 12 Monthly Cash Receipts and Disbursement Reports for January 2020 to July 2020; ECF filings re same | 0.30 | 55.50 | SLP |
| Aug-19-20 | Review file and court docket re: 8/20/20 hearing on Peoples Bank's Motion to Lift Stay; prepare hearing folder for same | 0.25 | 46.25 | KLC |
| Aug-20-20 | Telephone conference with J. Jones regarding scheduling | 0.10 | 37.50 | CMG |
|  | Telephone conference with Christy Cannette regarding issues for 1:30 hearing | 0.10 | 37.50 | CMG |

Invoice #:      347584                          Page   7                          August 9, 2021

| | | | | |
|---|---|---|---|---|
| | Attended Status Conference | 0.25 | 93.75 | CMG |
| | Receipt and review of Order Resetting Hearing re Peoples Bank's Motion for Relief from Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Receipt and review of minute entry re Peoples Bank's Motion for Relief from Stay & Plan; calendar rescheduled hearing date on confirmation to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Aug-21-20 | Receipt and review of Minute Entry re Motion for Additional Time to File Plan; calendar deadline to submit proposed order | 0.10 | 18.50 | KLC |
| Aug-25-20 | Assist CMG revising Order on Motion for Additional Time to File Plan | 0.10 | 18.50 | KLC |
| Sep-03-20 | Assist CMG revising Order on Motion to Extend Time to File Plan | 0.10 | 18.50 | KLC |
| Sep-04-20 | Receipt and review of Order on Motion to Extend Time to File Plan; calendar deadline and reminders to file Plan | 0.10 | 18.50 | KLC |
| Sep-15-20 | Assist CMG drafting Chapter 12 Plan | 0.50 | 92.50 | KLC |
| Sep-17-20 | Review MORs. | 0.35 | 131.25 | CMG |
| | Dictate letter to Trustee regarding MORs. | 0.25 | 93.75 | CMG |
| Sep-18-20 | Assist CMG revising Chapter 12 Plan | 0.20 | 37.00 | KLC |
| Sep-25-20 | Telephone conference with Mr. Folkes regarding plan provisions. | 0.75 | 281.25 | CMG |
| | Review schedules and Statement of Affairs | 0.75 | 281.25 | CMG |
| | Second telephone conference with Mr. Folkes re Plan provisions | 0.25 | 93.75 | CMG |
| | Dictation of Plan of Reorganization | 1.45 | 543.75 | CMG |
| | Review and revise Plan of Reorganization | 0.60 | 225.00 | CMG |

Invoice #:   347584                     Page   8                          August 9, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG drafting and revising Chapter 12 Plan | 1.10 | 203.50 | KLC |
| Sep-29-20 | Receipt and review of Notice & Order Setting Chapter 12 Confirmation Hearing; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Oct-02-20 | Dictation of Certificate of Service re Plan | 0.15 | 56.25 | CMG |
|  | Assist CMG drafting Certificate of Service re Order & Notice re Plan, Plan | 0.10 | 18.50 | KLC |
| Oct-05-20 | Organize and supervise mailout of Order and Notice re Plan, Plan | 0.30 | 55.50 | KLC |
| Oct-15-20 | Review MOR | 0.25 | 93.75 | CMG |
|  | Dictate letter to Chapter 12 Trustee regarding MOR. | 0.20 | 75.00 | CMG |
| Oct-20-20 | Review memos to/from C. Meredith regarding appraisal. | 0.20 | 75.00 | CMG |
| Oct-21-20 | Review memos from Chris Meredith regarding value of shop property. | 0.20 | 75.00 | CMG |
|  | Review minute entry. | 0.10 | 37.50 | CMG |
|  | Review Notice of status conference. | 0.20 | 75.00 | CMG |
|  | Attended Status Conference. | 0.25 | 93.75 | CMG |
|  | Receipt and review of Order Resetting Hearing re Chapter 12 Plan; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
|  | Receipt and review of Order Resetting Hearing re Peoples Bank's Motion for Relief from Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Oct-22-20 | Review Order of Reset | 0.20 | 75.00 | CMG |
|  | Dictation of memo to client re trial strategy | 0.20 | 75.00 | CMG |

| | | | | |
|---|---|---|---|---|
| Oct-23-20 | Conference with Katie Carter re trial strategy; Review insurance lapse notice | 0.25 | 93.75 | CMG |
| | Review numerous insurance certificates; Dictate memo to Walter Newman re insurance certificate | 0.25 | 93.75 | CMG |
| Oct-29-20 | Dictation of Notice re land sale | 0.25 | 93.75 | CMG |
| | Dictation of Certificate of Service re land sale | 0.20 | 75.00 | CMG |
| | Dictation of Sale Motion | 0.75 | 281.25 | CMG |
| | Review and revise Sale Motion | 0.15 | 56.25 | CMG |
| | Assist CMG drafting and revising Motion to Sell House, Notice, Certificate of Service and Order re same | 0.50 | 92.50 | KLC |
| | Organize and supervise mailout of Motion to Sell House | 0.20 | 37.00 | KLC |
| Nov-02-20 | Review Garner proof of claim | 0.45 | 168.75 | CMG |
| | Dictation of objection to Garner proof of claim; review and revise same | 0.55 | 206.25 | CMG |
| | Dictation of notice re claim objection | 0.25 | 93.75 | CMG |
| | Assist CMG drafting Objection to Lake Garner's Proof of Claim, Notice and Certificate of Service re same | 0.20 | 37.00 | KLC |
| | Organize and supervise mailout of Objection to Lake Garner's Proof of Claim and Notice re same | 0.10 | 18.50 | KLC |
| Nov-04-20 | Review appraisal from Garner | 1.10 | 412.50 | CMG |
| | Review memos to/from Chris Meredith re settling Garner claim; appraisal stipulation | 0.35 | 131.25 | CMG |
| | Receipt and review of Order Resetting hearing re Ch. 12 Plan; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Receipt and review of Order Resetting hearing re Peoples Bank's Motion to Lift Stay; | 0.10 | 18.50 | KLC |

Invoice #:     347584                          Page    10                                    August 9, 2021

| Date | Description | | | |
|---|---|---|---|---|
| | calendar rescheduled hearing date to trigger preparation of hearing folder | | | |
| Nov-06-20 | Review UST's objection to Debtor's Motion to Sell | 0.20 | 75.00 | CMG |
| | Review notice of hearing on Motion to Sell | 0.20 | 75.00 | CMG |
| | Receipt and review of hearing notice re Motion to Sell Home; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Nov-13-20 | Review memos to/from Chris Meredith re claim objection/plan settlement | 0.25 | 93.75 | CMG |
| | Review Joinder | 0.10 | 37.50 | CMG |
| Nov-15-20 | Telephone conference with Mr. Folkes re sale of assets and Garner settlement | 0.25 | 93.75 | CMG |
| Nov-25-20 | Review memos to/from Mr. Folkes' office re monthly operating reports; offer on 41 acres and related matters | 0.30 | 112.50 | CMG |
| Dec-04-20 | Review memo from client re sale contract | 0.25 | 93.75 | CMG |
| Dec-10-20 | Review October MOR | 0.30 | 112.50 | CMG |
| | Dictation of letter to Trustee re October MOR | 0.20 | 75.00 | CMG |
| Dec-17-20 | Assist CMG drafting Order on Objection to Proof of Claim of Lake Garner | 0.10 | 18.50 | KLC |
| Dec-29-20 | Review land sale contract | 0.75 | 281.25 | CMG |
| | Dication of sale motion | 1.00 | 375.00 | CMG |
| | Dictation of Notice re sale motion | 0.25 | 93.75 | CMG |
| | Dictation of Certificate of Service re sale motion | 0.15 | 56.25 | CMG |
| | Review and revision of sale motion | 0.50 | 187.50 | CMG |
| | Assist CMG drafting and revising Motion to Sell 41 Acres, Notice, Certificate of Service and Order re same | 0.30 | 55.50 | KLC |

Invoice #:     347584                    Page    11                           August 9, 2021

| | | | | |
|---|---|---|---|---|
| | Organize and supervise mailout of Motion to Sell 41 Acres | 0.40 | 74.00 | KLC |
| Jan-01-21 | Review November MOR | 0.35 | 131.25 | CMG |
| | Dictation of letter to Trustee re November MOR | 0.20 | 75.00 | CMG |
| Jan-04-21 | Receipt and review of hearing notice re Motion to Sell 41 Acres; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Assist CMG drafting letter to Trustee sending original 1st pages of August - November 2020 MORs | 0.10 | 18.50 | KLC |
| Jan-05-21 | Review Trustee's objection to sale | 0.30 | 112.50 | CMG |
| | Review hearing notice | 0.20 | 75.00 | CMG |
| | Dictation of Motion/Order to Continue | 0.25 | 93.75 | CMG |
| | Assist CMG drafting Motion to Continue Hearing on Motion to Sell and Order re same | 0.25 | 46.25 | KLC |
| Jan-06-21 | Review memo from Chris Meredith re resolving POC objection | 0.20 | 75.00 | CMG |
| | Review action required memo from Clerk | 0.20 | 75.00 | CMG |
| | Dictation of Order on Claim Objection | 0.30 | 112.50 | CMG |
| | Review and revision of Order on Claim Objection | 0.05 | 18.75 | CMG |
| | Dictation of letter to Chris Meredith re Order on Claim Objection | 0.15 | 56.25 | CMG |
| | Review Garner withdrawal | 0.20 | 75.00 | CMG |
| | Receipt and review of Notice re Objection to Lake Garner's Proof of Claim No. 13; calendar deadline to submit proposed order | 0.10 | 18.50 | KLC |
| Jan-07-21 | Review notice from staff | 0.10 | 37.50 | CMG |
| | Review reset order | 0.20 | 75.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Review notice of telephonic hearing | 0.20 | 75.00 | CMG |
| | Receipt and review of Order Resetting Hearing re Motion to Sell; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Assist CMG drafting Agreed Order on Objection to Lake Garner's POC #13 | 0.10 | 18.50 | KLC |
| | Assist CMG drafting letter to Chris Meredith re Draft Agreed Order on Objection to Lake Garner's POC #13 | 0.10 | 18.50 | KLC |
| Jan-09-21 | Review memos to/from Walter Newman; Review draft order on Bank motion | 0.75 | 281.25 | CMG |
| Jan-13-21 | Review memos to/from Justin Jones re settlement efforts and offers | 0.25 | 93.75 | CMG |
| Jan-15-21 | Review memos to/from Justin Jones re new proposal | 0.20 | 75.00 | CMG |
| | Review memos to/from KLC, Scott Buffington re house sale details | 0.25 | 93.75 | CMG |
| Jan-18-21 | Review reset minute entries and notices | 0.25 | 93.75 | CMG |
| Jan-19-21 | Telephone conference with Mr. Folkes re continuance and proof on sale motion | 0.20 | 75.00 | CMG |
| | Conference with Walter Newman re continuance | 0.20 | 75.00 | CMG |
| Jan-25-21 | Review notice re status conference | 0.20 | 75.00 | CMG |
| | Receipt and review of Notice of Telephonic Status Conference; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Jan-26-21 | Conference with Walter Newman re house insurance | 0.20 | 75.00 | CMG |
| | Telephone conference with Client re house insurance lapse | 0.20 | 75.00 | CMG |
| | Review hearing notice | 0.20 | 75.00 | CMG |
| | Review revised MTLS order on Peoples Bank | 0.25 | 93.75 | CMG |

Invoice #:     347584                          Page   13                                    August 9, 2021

| | | | | |
|---|---|---|---|---|
| Jan-27-21 | Conference with Walter Newman re revisions to Orders on Motions to Sell, Peoples Bank's Motion for Relief | 0.20 | 37.00 | KLC |
| Jan-28-21 | Review file; Conference with Walter Newman re insurance | 0.20 | 75.00 | CMG |
| | Attended status conference | 0.50 | 187.50 | CMG |
| | Review minute entry | 0.20 | 75.00 | CMG |
| | Review reset orders | 0.25 | 93.75 | CMG |
| Jan-29-21 | Dictation of sale order on 41 acres | 0.85 | 318.75 | CMG |
| | Review and revision of sale order on 41 acres | 0.35 | 131.25 | CMG |
| | Telephone conference with Client re 41 acres tax payment, new hearings and 2/4 proof | 0.20 | 75.00 | CMG |
| | Telephone conference with Walter Newman re taxes on 41 acres | 0.10 | 37.50 | CMG |
| | Review memo from KLC re order on 41 acres | 0.10 | 37.50 | CMG |
| | Receipt and review of Minute Entry re Motion to Sell 41 Acres; calendar deadline for CMG to submit proposed order | 0.10 | 18.50 | KLC |
| | Receipt and review of Order Resetting Hearing re Peoples Bank's Motion for Relief from Stay; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Receipt and review of Order Resetting Hearing re Motion to Sell House; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Receipt and review of Order Resetting Hearing re Chapter 12 Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Assist CMG drafting and revising Agreed Order on Motion to Sell 41 Acres | 0.20 | 37.00 | KLC |
| Jan-31-21 | Review orders resetting | 0.20 | 75.00 | CMG |
| Feb-01-21 | Review memos to/from Justin Jones re Chapter 12 confirmation order | 0.20 | 75.00 | CMG |

| Invoice #:   347584 | Page   14 | | | August 9, 2021 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Review memos to/from Walter Newman, Justin Jones re changes to sale order | 0.20 | 75.00 | CMG |
| | Review and revision of sale order on 41 acres | 0.25 | 93.75 | CMG |
| | Review memos to/from Barbara Harrell; Review Trustee order resolving objections | 0.20 | 75.00 | CMG |
| | Review Agreed Order on Motion to Sell 41 Acres | 0.10 | 18.50 | KLC |
| | Assist CMG reviewing and revising itemizations | 0.25 | 46.25 | KLC |
| | Assist CMG preparing exhibits for 2/4/21 hearings | 0.40 | 74.00 | KLC |
| Feb-02-21 | Review home photos | 0.25 | 93.75 | CMG |
| | Review December 2020 MOR | 0.25 | 93.75 | CMG |
| | Dictation of letter to Trustee re December 2020 MOR | 0.20 | 75.00 | CMG |
| | Conference with KLC re exhibits for trial | 0.15 | 56.25 | CMG |
| | Assist CMG drafting letter to Trustee sending original 1st page of December 2020 MOR | 0.10 | 18.50 | KLC |
| Feb-03-21 | Dication of letter to Client re closing sale on 41 acres | 0.25 | 93.75 | CMG |
| | Review Helena exhibits; Review memo from Jim Spencer re Helena exhibits | 0.25 | 93.75 | CMG |
| | Legal research re interest rates; Review Stringer and Fortenberry cases, length of time secured claim can be restructured | 1.00 | 375.00 | CMG |
| | Review file and court docket re: 2/4/21 hearing on Motion to Sell House; prepare hearing folder for same | 0.40 | 74.00 | KLC |
| | Review file and court docket re: 2/4/21 hearing on Chapter 12 Plan; prepare hearing folder and exhibits for same | 0.75 | 138.75 | KLC |
| | Assist CMG drafting letter to John Folkes sending AO on Motion to Sell 41 acres | 0.10 | 18.50 | KLC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG drafting and revising Agreed Order on Motion to Sell House | 0.50 | 92.50 | KLC |
| Feb-04-21 | Telephone conference with Mr. Folkes re testimony | 0.20 | 75.00 | CMG |
|  | Telephone conference with Walter Newman re proof at hearing | 0.20 | 75.00 | CMG |
|  | Hearing prep; Attended confirmation hearing | 2.85 | 1,068.75 | CMG |
|  | Review various minute and reset entries | 0.15 | 56.25 | CMG |
|  | Review exhibit/witness lists | 0.15 | 56.25 | CMG |
|  | Receipt and review of Order Resetting Hearing re Helena's Objection to Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
|  | Receipt and review of Minute Entry re Peoples Bank's Motion for Relief from Stay; calendar deadline to submit agreed order | 0.10 | 18.50 | KLC |
|  | Receipt and review of Minute Entry re Motion to Sell House; calendar deadline to submit order | 0.10 | 18.50 | KLC |
|  | Receipt and review of Minute Entry re Chapter 12 Plan; calendar deadline for Helena to file objection to orally amended plan and rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
|  | Assist CMG revising Agreed Order on Motion to Sell House | 0.10 | 18.50 | KLC |
| Feb-05-21 | Review and revision of order on home sale; Review memos to/from counsel re same | 0.25 | 93.75 | CMG |
|  | Work on sale order, Bank MTLS order; Review memos to/from KLC re orders and tax obligations | 0.35 | 131.25 | CMG |
|  | Assist CMG revising Agreed Order on Motion to Sell House | 0.10 | 18.50 | KLC |
| Feb-08-21 | Review Helena objection to Plan | 0.35 | 131.25 | CMG |
| Feb-09-21 | Review sale order; Draft memo to S. Buffington's office re closing from house sale | 0.25 | 93.75 | CMG |

Invoice #:     347584                              Page    16                                    August 9, 2021

| | | | | |
|---|---|---|---|---|
| Feb-11-21 | Receipt and review of Agreed Order on Peoples Bank's Motion to Lift Stay; calendar deadline to close sales and disburse proceeds | 0.10 | 18.50 | KLC |
| | Assist CMG reviewing and revising itemizations | 0.70 | 129.50 | KLC |
| Feb-12-21 | Dictate letter to client re sales of property, payment to Peoples Bank | 0.20 | 75.00 | CMG |
| | Assist CMG drafting letter to John Folkes sending AO on Motion to Sell House | 0.10 | 18.50 | KLC |
| Feb-18-21 | Review memo from Teresa Conn; Review Seller's Closing Disclosures and settlement funds on house sale | 0.20 | 75.00 | CMG |
| | Review minute entry | 0.20 | 75.00 | CMG |
| | Telephone conference with C. Canette re continuance | 0.20 | 75.00 | CMG |
| | Telephone conference with W. Newman; Review memos to/from H. Barkley re continuance | 0.20 | 75.00 | CMG |
| | Review notice of continuance | 0.20 | 75.00 | CMG |
| | ECF filing re report of sale | 0.05 | 9.25 | SLP |
| Feb-19-21 | Assist CMG drafting Report of Sale of house | 0.10 | 18.50 | KLC |
| Feb-22-21 | Review sale order, dictation of report of sale, review settlement statement, review and revision of report | 0.65 | 243.75 | CMG |
| | Dictation of Report of Sale; Review and revision of same and review Settlement Statement | 0.65 | 243.75 | CMG |
| Mar-02-21 | Review status conference notice | 0.20 | 75.00 | CMG |
| Mar-03-21 | Receipt and review of Notice of Telephonic Status Conference re Helena's Objections to Plan, Oral Amendment to Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Mar-04-21 | Attended status conference | 0.20 | 75.00 | CMG |

Invoice #:      347584                    Page    17                              August 9, 2021

|           | Review order to reset | 0.20 | 75.00 | CMG |
|-----------|-----------------------|------|-------|-----|
|           | Review minute entry | 0.10 | 37.50 | CMG |
|           | Receipt and review of Order Resetting Hearing re Helena's Objections to Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Mar-05-21 | Review memos to/from Client, KLC re timing of closing sale of 41 acres | 0.20 | 75.00 | CMG |
| Mar-15-21 | Telephone conference with Reggie Blackledge re release of 41 acres | 0.20 | 75.00 | CMG |
| Apr-06-21 | Telephone conference with Mr. Folkes re trial prep and cash flow exhibit | 0.20 | 75.00 | CMG |
| Apr-07-21 | Research re Helena and its parent's finances | 1.20 | 450.00 | CMG |
|           | Review memos to/from Carrie Brown, client re specifics of cash flow projections | 0.25 | 93.75 | CMG |
|           | Review file and court docket re: 4/8/21 hearing on Ch. 12 Plan; update hearing folder for same | 0.20 | 37.00 | KLC |
| Apr-12-21 | Review payment schedule | 0.20 | 75.00 | CMG |
|           | Dictation of letter to client re payment schedule | 0.20 | 75.00 | CMG |
|           | Assist CMG reviewing/revising itemizations | 0.20 | 37.00 | KLC |
|           | Assist CMG drafting letter to John Folkes re Plan payment schedule | 0.10 | 18.50 | KLC |
| Apr-13-21 | Dictation of Report of Sale; Review and revision of same | 0.25 | 93.75 | CMG |
|           | Assist CMG drafting Report of Sale for 41 acres | 0.15 | 27.75 | KLC |
| Apr-14-21 | Review memos to/from Reggie Blackledge re sale of 41 acres and disposition of proceeds | 0.20 | 75.00 | CMG |
|           | Assist CMG revising Report of Sale for 41 acres | 0.20 | 37.00 | KLC |

Invoice #:   347584                  Page   18                              August 9, 2021

| Apr-15-21 | Review memo from KLC, client re decision to sell acreage | 0.15 | 56.25 | CMG |
|---|---|---|---|---|
| Apr-19-21 | Dictation of Motion to Amend Plan | 0.75 | 281.25 | CMG |
|  | Assist CMG drafting Motion to Modify Chapter 12 Plan, Notice, Certificate of Service and Order re same | 0.30 | 55.50 | KLC |
| Apr-20-21 | Assist CMG revising Motion to Modify Ch. 12 Plan and Order re same | 0.30 | 55.50 | KLC |
| Apr-21-21 | Receipt and review of hearing notice re Motion to Modify Plan; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Apr-29-21 | Review memo from Chapter 12 Trustee re MORs delinquency; Conference with KLC re same issue | 0.25 | 93.75 | CMG |
|  | Assist CMG drafting letter to John Folkes re delinquent MORs | 0.10 | 18.50 | KLC |
| Apr-30-21 | Assist CMG revising letter to John Folkes re delinquent MORs | 0.10 | 18.50 | KLC |
| May-11-21 | Review motion to dismiss submitted by Ch. 12 Trustee | 0.50 | 187.50 | CMG |
|  | Review notice of hearing | 0.20 | 75.00 | CMG |
|  | Conference with KLC re MORs and related matters | 0.10 | 37.50 | CMG |
|  | Receipt and review of hearing notice re Trustee's Motion to Dismiss; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| May-14-21 | Review objections to motion to modify | 0.75 | 281.25 | CMG |
| May-17-21 | Telephone conference with Mr. Folkes re case status and pending motion | 0.25 | 93.75 | CMG |
| May-18-21 | Assist CMG drafting and revising Motion to Withdraw Motion to Modify Plan and Order re same | 0.30 | 55.50 | KLC |
|  | Assist CMG drafting Motion to Continue | 0.20 | 37.00 | KLC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Hearing on Trustee's Motion to Dismiss and Order re same |  |  |  |
| May-20-21 | Receipt and review of hearing notice re Helena's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| May-21-21 | Assist CMG revising Motion to Continue Hearing on Trustee's Motion to Dismiss and Agreed Order re same | 0.10 | 18.50 | KLC |
| May-26-21 | Telephone conference with Mr. Folkes re Plan provisions | 0.20 | 75.00 | CMG |
| Jun-01-21 | Assist CMG revising Motion to Continue 6/17 Hearings and Order re same | 0.10 | 18.50 | KLC |
| Jun-02-21 | Review numerous memos to/from Christy Cannette, counsel re resetting motion for relief from stay and motion to dismiss for trial | 0.30 | 112.50 | CMG |
| Jun-03-21 | Review memos to/from Christy Cannette re resetting hearings | 0.15 | 56.25 | CMG |
|  | Review reset order and notice | 0.15 | 56.25 | CMG |
| Jun-09-21 | Review Trustee motion | 0.20 | 75.00 | CMG |
|  | Dictation of answer to Trustee motion; Review and revision of same | 0.30 | 112.50 | CMG |
| Jun-10-21 | Review motion to lift (Helena) | 0.60 | 225.00 | CMG |
|  | Dictation of answer to Helena motion to lift; Review and revision of same | 0.55 | 206.25 | CMG |
|  | Telephone conference with Mr. Folkes re MOR status conference | 0.20 | 75.00 | CMG |
|  | Review Bank reply | 0.20 | 75.00 | CMG |
|  | Receipt and review of Order Resetting Hearing re Trustee's Motion to Dismiss; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
|  | Receipt and review of Order Resetting Hearing re Helena's Motion for Relief from Stay; | 0.10 | 18.50 | KLC |

Invoice #:    347584                    Page    20                          August 9, 2021

|         |                                                                                                                                             |       |        |     |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----|
|         | calendar hearing date to trigger preparation of hearing folder                                                                              |       |        |     |
|         | Assist CMG drafting Answer, Response to Trustee's Motion to Dismiss                                                                          | 0.10  | 18.50  | KLC |
|         | Assist CMG drafting Answer, Response to Helena's Motion to Lift Stay                                                                         | 0.10  | 18.50  | KLC |
| Jun-11-21 | Conference with client, KLC re covering MORs, terms of plan, status of land sale                                                          | 0.35  | 131.25 | CMG |
|         | Meeting with John Folkes, Carrie Brown re MORs                                                                                               | 0.65  | 120.25 | KLC |
| Jun-18-21 | Review memos to/from KLC re Bank payments as adjusted amounts, correct balance owed and revised new debt installments                     | 0.25  | 93.75  | CMG |
| Jun-21-21 | Review January, February, March and April MORs                                                                                            | 0.55  | 206.25 | CMG |
|         | Dictation of letter to Chapter 12 Trustee re MORs                                                                                            | 0.20  | 75.00  | CMG |
| Jun-28-21 | Dictation of amended plan                                                                                                                  | 1.00  | 375.00 | CMG |
|         | Review and revision of amended plan                                                                                                          | 0.40  | 150.00 | CMG |
|         | Assist CMG drafting and revising 1st Amended Plan                                                                                            | 0.90  | 166.50 | KLC |
| Jun-29-21 | Review memos to/from Justin Jones re plan and prior orders                                                                                 | 0.25  | 93.75  | CMG |
| Jun-30-21 | Receipt and review of Notice and Order Setting Ch. 12 Confirmation Hearing; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15  | 27.75  | KLC |
|         | Assist CMG drafting Certificate of Service re 1st Amended Ch. 12 Plan, Notice & Order re same                                                | 0.10  | 18.50  | KLC |
| Jul-01-21 | Conference with KLC re timing of payments to Peoples Bank                                                                                  | 0.20  | 75.00  | CMG |
|         | Review hearing notice                                                                                                                        | 0.20  | 75.00  | CMG |
|         | Dictation of COS re hearing notice for plan                                                                                                  | 0.15  | 56.25  | CMG |

Invoice #:      347584                    Page    21                              August 9, 2021

| | | | | |
|---|---|---|---|---|
| | Organize and supervise mailout of 1st Amended Ch. 12 Plan and Order & Notice re same | 0.20 | 37.00 | KLC |
| Jul-13-21 | Review memo from Trustee, KLC re MOR | 0.20 | 75.00 | CMG |
| | Update/preparation of document management control (subfiles and pleadings) | 0.40 | 74.00 | KLC |
| Jul-14-21 | Update/preparation of document management control (subfiles and pleadings) | 1.50 | 277.50 | KLC |
| Jul-19-21 | Review Helena objection to plan | 0.75 | 281.25 | CMG |
| Jul-20-21 | Review Peoples Bank objection to plan | 0.40 | 150.00 | CMG |
| Jul-22-21 | Telephone conference with Mr. Folkes re plan, MORs & trial testimony | 0.30 | 112.50 | CMG |
| | Review MORs; Conference with KLC re MOR mistakes | 0.20 | 75.00 | CMG |
| | Review property description | 0.10 | 37.50 | CMG |
| | Dictation of sale motion | 1.00 | 375.00 | CMG |
| | Assist CMG drafting letter to Trustee sending original 1st pages of May and June 2021 MORs | 0.10 | 18.50 | KLC |
| Jul-23-21 | Review and revision of motion to sell | 0.20 | 75.00 | CMG |
| | Assist CMG drafting Motion to Sell 84.5 Acres | 0.20 | 37.00 | KLC |
| Jul-26-21 | Telephone conference with Jim Spencer re tax payments, settlement issues on plan | 0.25 | 93.75 | CMG |
| | Conference with client re settlement issues, case status, MOR amendments and related issues | 0.45 | 168.75 | CMG |
| | Conference with Walter Newman re case/settlement status | 0.10 | 37.50 | CMG |
| | Telephone conference with Jim Spencer re settlement issues and terms | 0.30 | 112.50 | CMG |

| | | | | |
|---|---|---|---|---|
| | Telephone conference with client re Helena settlement | 0.20 | 75.00 | CMG |
| | Review file and prepare for hearing | 1.25 | 468.75 | CMG |
| | Travel to Gulfport | 1.60 | 600.00 | CMG |
| | Review notice of status conference | 0.20 | 75.00 | CMG |
| | Review memos to/from Justin Jones re settlement with Helena | 0.20 | 75.00 | CMG |
| | Review June 2021 MOR | 0.30 | 112.50 | CMG |
| | Dictation of letter Chapter 12 Trustee re June 2021 MOR | 0.20 | 75.00 | CMG |
| | Review file and court docket re: 7/27/21 hearing on Trustee's Motion to Dismiss; prepare hearing folder for same | 0.25 | 46.25 | KLC |
| | Review file and court docket re: 7/27/21 hearing on Helena's Motion for Relief from Stay; prepare hearing folder for same | 0.20 | 37.00 | KLC |
| | Review file and court docket re: 7/27/21 hearing on 1st Amended Ch. 12 Plan; prepare hearing folder for same | 0.50 | 92.50 | KLC |
| | Meeting with John Folkes and Carrie Brown re MORs | 0.25 | 46.25 | KLC |
| Jul-27-21 | Conference with counsel re pre- and post-confirmation issues | 0.50 | 187.50 | CMG |
| | Attended hearing | 0.50 | 187.50 | CMG |
| | Travel to Ridgeland | 1.60 | 600.00 | CMG |
| | Review exhibit list | 0.15 | 56.25 | CMG |
| Jul-28-21 | Review various minute entries re results of hearing and directions for preparation and entry of orders | 0.25 | 93.75 | CMG |
| | Review memos to/from Jim Spencer; Review Helena order and approve same | 0.35 | 131.25 | CMG |

Invoice #:    347584                    Page    23                        August 9, 2021

| Aug-06-21 | Receipt and review of Agreed Order on Helena's Motion to Terminate Stay; calendar deadlines and reminders to pay ad valorem taxes | 0.15 | 27.75 | KLC |
|---|---|---|---|---|
|  | Assist CMG reviewing and revising itemizations | 0.60 | 111.00 | KLC |
| Aug-08-21 | Review and revision of itemizations | 0.85 | 318.75 | CMG |
|  | Dictation of first application for compensation | 0.55 | 206.25 | CMG |
|  | Dictation of notice | 0.20 | 75.00 | CMG |
|  | Dictation COS re fee application | 0.15 | 56.25 | CMG |
| Aug-09-21 | Review and revision of itemizations | 0.20 | 75.00 | CMG |
|  | Assist CMG reviewing and revising itemizations | 0.20 | 37.00 | KLC |
|  | Assist CMG drafting and revising CMG's 1st Fee Application, Notice, Certificate of Service and Order re same | 0.45 | 83.25 | KLC |
|  | Totals | 109.50 | $35,229.50 |  |

## DISBURSEMENTS

| Feb-03-20 | Photocopies 36 pages @ .25/page | 9.00 |
|---|---|---|
|  | Postage Mailout 4 @ .50 | 2.00 |
| Feb-18-20 | COURTS/USBC-MS-S | 275.00 |
| Mar-04-20 | Photocopies 27 pages @ .25/page | 6.75 |
| Mar-20-20 | COURTS/USBC-MS-S | 31.00 |
| May-05-20 | Long distance | 1.13 |
| May-29-20 | Photocopies 66 pages @ .25/page | 16.50 |
|  | Postage Mailout 5 @ .65 | 3.25 |
| Jul-21-20 | Pacer 5/1/20-7-10-20 | 0.20 |
| Aug-17-20 | Photocopies 7 pages @ .25/page | 1.75 |
|  | Postage to Trustee | 0.65 |
| Sep-18-20 | Photocopies 33 @ $.25 per copy | 8.25 |
| Sep-25-20 | Long Distance $3.00 | 0.00 |
| Oct-05-20 | Postage 14 @ $0.65 mailout | 9.10 |
| Oct-22-20 | Long Distance $3.13 | 3.13 |
| Oct-29-20 | Postage 6 @ $.50 mailout | 3.00 |
|  | Photocopies 47 @.25/page | 11.75 |
|  | Photocopies 28 @ $.25 mailout | 7.00 |

Invoice #:      347584                      Page    24                              August 9, 2021

| Date | Description | Amount |
|---|---|---|
| Nov-15-20 | Long Distance $2.13 | 2.13 |
| Nov-19-20 | COURTS/USBC-MS-S | 181.00 |
| Dec-29-20 | Photocopies 116 @ $.25 | 29.00 |
| | Postage 18 @ $.50 mailout | 9.00 |
| Dec-31-20 | COURTS/USBC-MS-S | 188.00 |
| Jan-04-21 | Postage 1 @ $.50 | 0.50 |
| Jan-07-21 | Photocopies 3 @ $.25 | 0.75 |
| Jan-19-21 | Long Distance | 2.00 |
| Jan-26-21 | Long Distance | 2.00 |
| Jan-29-21 | Long Distance | 3.00 |
| Feb-02-21 | Postage 1 @ $.51 re Trustee | 0.51 |
| Feb-04-21 | Long Distance | 2.00 |
| | Parking | 7.50 |
| Feb-18-21 | Long distance | 2.13 |
| Mar-15-21 | Long Distance | 2.00 |
| Apr-06-21 | Long Distance | 2.00 |
| Apr-19-21 | Meal 4/8/21 | 3.29 |
| Jun-21-21 | Postage 1 @ $.51 re Trustee | 0.51 |
| Jul-01-21 | Photocopies 90@ $.25 re mailout | 22.50 |
| | Postage 13 @ $.71 re mailout | 9.23 |
| Jul-26-21 | Long Distance | 2.00 |
| | Mileage 368 miles @ .58/mile | 213.44 |
| | Lodging | 284.48 |

Totals                                                            $1,358.43

**Total Fee & Disbursements**                                     $36,587.93

**Balance Now Due**                                               $36,587.93

### SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | **$375.00** | **78.80** | **$29,550.00** |
| **Kathryn L. Carter** | **$185.00** | **28.35** | **$5,244.75** |
| **Sherry Lynn Purvis** | **$185.00** | **2.35** | **$434.75** |

TAX ID Number      80-0084265